■ In the Matter of TINA D'A. WRIGHT v. ROBERT E. HERMAN.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, and MARTIN J. DOWNEY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ STEIN-TEX, INC., v. KLEINTEX CORP.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ 205 EAST 69TH STREET CORPORATION v. NELSON A. ROCKEFELLER, as Governor of the State of New York, et al.— Motion for an order placing appeal on the February 1962 Enumerated Calendar of this court denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ THOMAS WYNN v. ANTHONY PARISI et al.— Motions to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ EDWARD KOWALCZYK v. MARCEL KRUM.— Motion for an order modifying the order of this court entered on December 14, 1961 and for an enlargement of time granted only insofar as to extend plaintiff-appellant's time to procure the record on appeal and appellant's points to and including March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of LOPEZ CAPO v. FLORENCE KELLEY et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel of the City of New York, and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. The appellant's time within which to perfect the appeal is enlarged to the March 1962 Term of this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.